UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IN RE:                              *    In Bankruptcy Proceedings
                                    *    Case No. 08-
MARLIN R. LaCROIX,                  *         Chapter 13
LAURIE B. LaCROIX,                  *
                                    *    DISCLOSURE OF COMPENSATION
            DEBTORS,                *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

1. Pursuant to 11 U.S.C., Section 329(a), F.R.Bankr.P. 2016(b), and the Court's February 13, 2001 General Order Adopting Standardized Disclosure of Compensation and Supplemental Disclosure of Compensation Forms, I declare that within one year of the filing of the petition herein I have been paid or have agreed to be paid the following compensation for services rendered or to be rendered in contemplation of or in connection with the case.

    a) Legal fees:                              $  175.00 per hour per Court approval
    b) Sales tax, filing fee, other costs:   +  $  274.00
    c) Total:                                =  $
    d) I have received:                      -  $    0.00
    e) I am still owed:                      =  $

2. In return for the compensation set forth in paragraph (c) above, I have rendered or have agreed to render the following legal services (check all that apply):

    ❑ analyzing the debtor's financial situation and rendering advise to the debtor in determining whether to file a petition in bankruptcy;
    ❑ preparing and filing the debtor's petition, schedules, and statement of financial affairs;
    ❑ representing the debtor at the meeting of creditors; and
    ❑ other (see attached description).

3. If I was paid any portion of the sum in paragraph 1(d) or will be paid any portion of any remaining balance in paragraph 1(e) by anyone other than the debtor, I have attached a list of those persons and the amounts they paid or will pay.

4. If I have shared or have agreed to share my fees with anyone who is not a member or an associate of my law firm, I have attached a list of those persons and a copy of any writing memorializing that agreement.

Dated this 8th day of September, 2008.

A. Thomas Pokela
Attorney at Law
PO Box 2621
Sioux Falls, SD 57101-2621
Telephone: 605/338-6151