UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| In re: | ) | Bankr. No. 08 - 40566 |
|---|---|---|
| | ) | |
| MARLIN RAY LACROIX, | ) | Chapter 13 |
| | ) | |
| and | ) | TRUSTEE'S OBJECTION TO THE |
| | ) | PLAN DATED SEPTEMBER 18, 2008 |
| LAURIE BETH LACROIX, | ) | |
| | ) | |
| Debtors. | ) | |

COMES NOW Dale A. Wein the standing Chapter 13 Trustee and makes the following objections to the proposed Chapter 13 Plan dated September 18, 2008.

1. The Trustee objects to confirmation to the extent that the Debtors expenses include expenses that they are paying for their 19 year old son. The Trustee believes that since the Debtors have no legal obligation to support this child that it is inappropriate to the Debtors to be diverting funds from unsecured creditors to pay the living expenses for such child.

2. The Trustee objects to confirmation until such time as the Debtors have provided a specific break down for the miscellaneous expenses shown at $225.00 per month.  The Debtors agreed to provide such detailed information to the Trustee subsequent to the 341 Meeting of creditors.

WHEREFORE, the Trustee objects to Confirmation of the referenced Plan until the foregoing objections have been cured by the Debtors.

Dated this 10th day of October, 2008.

DALE A. WEIN
*/S/ Dale A. Wein*
Chapter 13 Bankruptcy Trustee
Post Office Box 1329
Aberdeen, SD 57402-1329
dalewein@rw-law.net
Phone: (605) 225-0100
Fax:   (605) 229-3114