UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | \* | Bankr. No. 08-40566 |
| | \* | Chapter 13 |
| MARLIN R. LaCROIX, | \* | |
| LAURIE B. LaCROIX, | \* | |
| | \* | APPLICATION FOR COMPENSATION |
| DEBTORS. | \* | AND REIMBURSEMENT OF EXPENSES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes now A. Thomas Pokela and moves this Court for its Order Approving Application for Compensation for Debtor's Attorney in the total amount of $3,112.15 consisting of $2,677.50 attorney's fees and $160.65 sales tax and in addition thereto $274.00 for filing fee, all as supported by the attached billing statement which is made a part hereof as if set out in full herein. However, attorney Pokela is only requesting $3,000.00 as provided for in the Plan.

Dated this 27th day of April, 2009.

_____
A. Thomas Pokela
Attorney at Law
PO Box 2621
Sioux Falls, SD 57101-2621
Telephone: 605/338-6151