# A.ThomasPokela

**Attorney at Law**
**PO Box 2621**
**300 N. Phillips Ave., #100**
**Sioux Falls, SD 57101-2621**

April 27, 2009

Marlin & Laurie LaCroix
1408 Green Street
Yankton, SD 57078

|  |  | HOURS |
|---|---|---|
| 07/24/2008 | Meeting with clients | .5 |
| 07/30/2008 | Conference with clients re: new filing | .6 |
| 08/06/2008 | Review of paystubs and profit and loss statements for Schedules I and J | 2.9 |
| 08/08/2008 | Conference with clients | .3 |
| 08/16/2008 | Preparation of schedules | .4 |
| 08/28/2008 | Meeting with clients, review and sign schedules | 1.4 |
| 09/08/2008 | Filing of schedules | .5 |
| 09/13/2008 | Preparation of Plan | 1.9 |
| 09/18/2008 | Meeting with clients, review and sign Plan | 1.2 |
| 10/08/2008 | 341 Meeting | 1.0 |
| 10/10/2008 | Review of Trustee objections | .3 |
| 12/04/2008 | Court appearance | 1.0 |
| 12/17/2008 | Work on amended I and J | .7 |
| 12/22/2008 | Modified Plan and new I and J | .9 |

| | | |
|---|---|---:|
| 12/30/2008 | Meeting with clients, review and sign modified Plan | 1.0 |
| 02/03/2008 | Review of Trustee's report of no objections | .2 |
| 02/06/2009 | Preparation of Order Confirming Plan | <u>.5</u> |
| | | 15.3 |

|  |  |
|---:|---:|
| 15.3 hours @ $175.00 per hour = | $2,677.50 |
| Sales tax | <u>160.65</u> |
| | $2,838.15 |
| Filing fee | <u>274.00</u> |
| | $3,112.15 |

**TOTAL DUE:**.................... **$3,112.15**

ATP/ra