UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 08-40566 |
| | ) | Chapter 13 |
| MARLIN RAY LaCROIX | ) | |
| | ) | ORDER AWARDING FEES |
| and | ) | TO DEBTORS' ATTORNEY |
| | ) | |
| LAURIE BETH LaCROIX | ) | |
| | ) | |
| Debtors. | ) | |

     Upon consideration of Attorney A. Thomas Pokela's Application for Compensation and Reimbursement of Expenses (doc. 33) and the record before the Court; and it appearing no objection to the application was timely filed after appropriate notice; and for cause shown; now, therefore,

     IT IS HEREBY ORDERED Attorney Pokela's application is granted, and he is awarded as a chapter 13 administrative expense $2,677.50 for compensation for services, $160.65 for applicable sales tax, and $274.00 for reimbursement of expenses, for a total award of $3,112.15. Attorney Pokela has waived payment of $112.15. Trustee Dale A. Wein shall pay the balance of $3,000.00 pursuant to the terms of Debtors' confirmed plan.

     So ordered: May 28, 2009.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota